FRANK FILARDO, Appellant, *v.* FOLEY BROS., INC., et al.,
Respondents.

Submitted May 16, 1949; decided May 26, 1949.

Motion for reargument denied. Motion to amend remittitur granted. Return of remittitur requested and, when returned, it will be amended to provide that the judgment of the Appellate Division be reversed and the complaint dismissed, without costs. [See 297 N. Y. 217.]

LOTTIE PARTNER et al., Respondents, *v.* HOWARD S. PALMER et al., as Trustees of the New York, New Haven & Hartford Railroad Company, et al., Appellants.

Submitted May 16, 1949; decided May 25, 1949.

*William D. Van Pelt* for motion.

No one opposed.

Motion denied, with $10 costs and necessary printing disbursements upon the ground that an appeal lies as of right.